■ JOHN R. BURGESS et al., Respondents, v MAPLE REST CEMETERY ASSOCIATION, Appellant.—Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Joslin, J. (Appeal from order of Supreme Court, Erie County, Joslin, J.—permanent injunction.) Present —Callahan, J. P., Denman, Boomer, Green and Balio, JJ.